UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>Plaintiff,<br>vs.<br><br>CITY OF WATERTOWN<br><br>Defendant. | 18-4119<br><br>**ORDER** |

Plaintiff, Michael Howard Hunter ("Hunter"), filed this lawsuit under 42 U.S.C. § 1983 on September 20, 2018. Doc. 1. On October 5, 2018, this Court issued an order dismissing the complaint in part and granting Hunter's motion to proceeding *in forma pauperis*. Doc. 6. The Court directed service on the remaining defendant on October 5, 2018. Doc. 7. In its order dated April 1, 2019, the Court advised Hunter of Federal Rule of Civil Procedure 4(m). Rule 4(m) states in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court— on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specific time.

Fed. R. Civ. P. 4(m).

Hunter was advised that he had until May 1, 2019, to serve the defendant and that if service was not made by that date his case would be dismissed without prejudice. Doc. 8. Todate, service has not been completed. Thus, it is:

ORDERED that Hunter's complaint, Doc. 1, is dismissed without prejudice for failure to serve the complaint on defendant.

Dated this 1st day of November, 2019.

BY THE COURT:

*Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK